## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6651                                      Purchased/Filed: July 24, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

*Trustees of the Teamsters of Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al*                                    Plaintiff

against

*Cortlandt Transportation Inc.*                                      Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ August 2, 2007 ___, at __ 2:00 pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ Cortlandt Transportation inc. _____, the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 306 Business Corporation Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __ 43 __  Approx. Wt: __ 118 __  Approx. Ht: __ 5' __
Color of skin: __ White __  Hair color: __ Brown __  Sex: __ F __  Other: _____

Sworn to before me on this

__ 6th __ day of _____ August, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI6666679, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0708369