UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

               Index No. 07 CIV6651 (CLB)

        Plaintiffs,    **VOLUNTARY NOTICE
                OF DISMISSAL**
   -and-           & order

Cortlandt Transportation Inc.,

        Defendant.
------------------------------------------------------------------x

  PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice

Dated: September 5, 2007
    Elmsford, New York

                BARNES, IACCARINO, VIRGINIA,
                AMBINDER & SHEPHERD, PLLC

                _____
                Karin Arrospide, Esq. (KA9319)
                Attorney for Plaintiffs
                258 Saw Mill River Road
                Elmsford, New York 10523
                (914) 592-1515

SO ORDERED:

_____
Honorable Charles L. Brieant, U.S.D.J.

dated: 9/11/07